IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                    ORDER

               Plaintiff,

                                                                   07-cr-143-bbc

      v.

ROBERT D'ANGELO,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Robert D'Angelo has written to the court to ask for early release from the two-year term of supervised release imposed on him at the time of his sentencing on April 22, 2008. Defendant has served his entire term of incarceration, has paid the fine imposed on him, has served fourteen months of his 24-month term of supervised release and has been in compliance with all of the conditions of that supervised release. In addition, he has reached a settlement of the associated civil suit filed against him. His supervising probation officer supports his request for early release.

      In light of defendant's satisfactory performance on supervised release for the past fourteen months, the non-violent nature of his crime and his fulfillment of his financial obligations, I am persuaded that early termination of his two-year period of supervised

1

release would be appropriate in this case.

Accordingly, IT IS ORDERED that defendant Robert D'Angelo's request for early termination of his period of supervised release is GRANTED.

Entered this 4th day of June, 2010.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge